```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 06087
   LOESTHER SINGLETON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6619


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              562.00            .00        180.00
EMC MORTGAGE              CURRENT MORTG           .00            .00           .00
EMC MORTGAGE              MORTGAGE ARRE      6000.00             .00       3510.32
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED            .00           .00
CAPITAL ONE               UNSECURED          1255.21             .00           .00
CITY OF CHICAGO PARKING   UNSECURED           240.00             .00           .00
T-MOBILE                  UNSECURED         NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSECURED          1359.90             .00           .00
COMCAST                   UNSECURED           357.72             .00           .00
F&W LLC                   UNSECURED         NOT FILED            .00           .00
COMCAST                   UNSECURED         NOT FILED            .00           .00
GLOBAL PAYMENTS           UNSECURED           725.00             .00           .00
VYRIDIAN REVENUE MGMT     UNSECURED         NOT FILED            .00           .00
MCI COMMUNICATIONS        UNSECURED         NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2973.29             .00           .00
TRI-CAP INVESTMENT PARTN  UNSECURED            81.91             .00           .00
TRI-CAP INVESTMENT PARTN  UNSECURED          2952.31             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,314.00                      2,314.00
TOM VAUGHN                TRUSTEE                                            463.81
DEBTOR REFUND             REFUND                                             462.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             6,930.13

PRIORITY                                     .00
SECURED                                 3,690.32
UNSECURED                                    .00
ADMINISTRATIVE                          2,314.00
TRUSTEE COMPENSATION                      463.81

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 06087 LOESTHER SINGLETON
```

```
DEBTOR REFUND                                                   462.00
                                        ----------------   ----------------
TOTALS                                         6,930.13           6,930.13
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/10/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE